Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

August 3, 2022

Ravi Subramanian, Clerk

By _____ Deputy

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

JOEY DAVID GEORGE,

    Defendant.

No. CR22-109 RSM

INDICTMENT

The Grand Jury charges that:

## COUNT 1

**(Interstate Threats)**

On or about July 19, 2022, in King County, within the Western District of Washington, and elsewhere, JOEY DAVID GEORGE knowingly and willfully did transmit in interstate and foreign commerce from the State of Washington to New York, communications containing a threat to injure another person, to wit, a phone call to a supermarket threatening to shoot people inside the store.

All in violation of Title 18, United States Code, Section 875(c).

//
//
//

Indictment - 1
*United States v. George*
USAO No. 2022R00664

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## COUNT 2

**(Interstate Threats)**

On or about May 12, 2022, in King County, within the Western District of Washington, and elsewhere, JOEY DAVID GEORGE knowingly and willfully did transmit in interstate and foreign commerce from the State of Washington to California, communications containing a threat to injure another person, to wit, a phone call to a restaurant threatening to shoot any Black or Hispanic patrons.

All in violation of Title 18, United States Code, Section 875(c).

## COUNT 3

**(Interstate Threats)**

On or about September 11, 2021, in King County, within the Western District of Washington, and elsewhere, JOEY DAVID GEORGE knowingly and willfully did transmit in interstate and foreign commerce from the State of Washington to Maryland, communications containing a threat to injure another person, to wit, a phone call to a store threatening to shoot Black people.

All in violation of Title 18, United States Code, Section 875(c).

## COUNT 4

**(Interstate Threats)**

On or about September 11, 2021, in King County, within the Western District of Washington, and elsewhere, JOEY DAVID GEORGE knowingly and willfully did transmit in interstate and foreign commerce from the State of Washington to Connecticut, communications containing a threat to injure another person, to wit, a phone call to a restaurant threatening to throw a bomb into the restaurant while it was open.

All in violation of Title 18, United States Code, Section 875(c).

//
//
//

Indictment - 2
*United States v. George*
USAO No. 2022R00664

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## COUNT 5

**(Interference with Federally Protected Activity)**

On or about May 12, 2022, in King County, within the Western District of Washington, and elsewhere, JOEY DAVID GEORGE, by threat of force, willfully intimidated and interfered with, and attempted to intimidate and interfere with, Black and Hispanic customers and potential customers of a particular restaurant in San Bruno, California, because of the customers' race, color, and national origin, intending to interfere with the customers' enjoyment of the goods, services, facilities, privileges, advantages, and accommodations of the restaurant.

The Grand Jury further alleges that the offense involved the threatened use of a dangerous weapon.

All in violation of Title 18, United States Code, Section 245(b)(2)(F).

A TRUE BILL:

DATED: 8/3/2022

*Signature of Foreperson redacted pursuant to the policy of the Judicial Conference of the United States.*

_____
FOREPERSON

_____
NICHOLAS W. BROWN
United States Attorney

_____
THOMAS M. WOODS
Assistant United States Attorney

_____
REBECCA COHEN
Assistant United States Attorney

Indictment - 3
*United States v. George*
USAO No. 2022R00664

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970