UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>JOEY GEORGE,<br><br>　　　　　Defendant. | Case No. CR22-109RSM<br><br>ORDER DENYING MOTION TO DISMISS INDICTMENT |

　　　The Court has reviewed the defendant's motion to dismiss the indictment, the responsive pleadings, and the records and files therein.

　　　The Court finds no basis for an evidentiary hearing and agrees with the Government that such evidence is properly presented at trial. Defendant is free to raise this challenge after the presentation of the Government's case.

　　　Defendant's motion is DENIED.

　　　DATED this 9th day of September, 2022.

　　　　　　　　　　　　　　　　　　RICARDO S. MARTINEZ
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ORDER - 1