Magistrate Judge Michelle L. Peterson

FILED ____ ENTERED
____ LODGED ____ RECEIVED

NOV 07 2022

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOEY DAVID GEORGE,<br><br>Defendant. | NO. CR22-109-RSM<br><br>CONSENT TO RULE 11 PLEA IN A FELONY CASE BEFORE A UNITED STATES MAGISTRATE JUDGE |

I have been advised by my attorney and by the United States Magistrate Judge of my right to enter my plea in this case before a United States District Judge. I hereby declare my intention to enter a plea of guilty to the charges contained in Count 1 and Count 5 of the Indictment in the above case, and I request and consent to the acceptance of my plea by a United States Magistrate Judge pursuant to Rule 11 of the Federal Rules of Criminal Procedure.

//
//
//

Consent To Rule 11 Plea – 1
*United States v. George*, CR22-109-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

I understand that if the United States Magistrate Judge orders the preparation of a presentence investigation report, the assigned United States District Judge will then decide whether to accept or reject my plea of guilty and any plea agreement I may have with the United States and will adjudicate guilt and impose sentence.

DATED this 7th day of November, 2022.

_____
JOEY DAVID GEORGE
Defendant

_____
MOHAMMAD ALI HAMOUDI
Attorney for Defendant

APPROVED:

_____
THOMAS M. WOODS
Assistant United States Attorney

Consent To Rule 11 Plea – 2
United States v. George, CR22-109-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970